IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | | |
|---|---|---|
| H.L. PERRIN, JR., | ) | CV-09-89-BLG-RFC-CSO |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER ADOPTING FINDINGS |
| | ) | AND RECOMMENDATIONS OF |
| GERALD KRAUSE, | ) | U.S. MAGISTRATE JUDGE |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On July 31, 2009, United States Magistrate Judge Carolyn S. Ostby entered Findings and Recommendation recommending that Plaintiff's motion to proceed in forma pauperis (*Doc. 1*) be denied and that his pro se civil rights complaint (*Doc. 2*) be dismissed for lack of subject matter jurisdiction. *Doc. 4.*

Upon service of a magistrate judge's findings and recommendation, a party has 10 days to file written objections. 28 U.S.C. § 636(b)(1). In this matter, Plaintiff filed objections to the Findings and Recommendation. Plaintiffs' objections require this Court to make a *de novo* determination of those portions of the Findings and Recommendations to which objection is made. 28 U.S.C. § 636(b)(1). After an extensive review of the record and applicable law, this Court finds Magistrate Judge

1

Ostby's Findings and Recommendation are well grounded in law and fact and adopts them in their entirety.  This Court has neither diversity nor federal question jurisdiction over the issues presented by Perrin's complaint.  Plaintiff's objections are therefore overruled.

Accordingly, **IT IS HEREBY ORDERED** that Perrin's Motion to Proceed in forma pauperis (*Doc. 1*) is **DENIED** and his Complaint (*Doc. 2*) is **DISMISSED** for lack of subject matter jurisdiction.

The Clerk of Court shall notify the parties of the entry of this Order.

DATED the 31st day of August, 2009.

_/s/ Richard F. Cebull_____
RICHARD F. CEBULL
UNITED STATES DISTRICT JUDGE